Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

_____January 5, 2022_____
RAVI SUBRAMANIAN, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR22-5000 RJB |
|---|---|
| Plaintiff, | |
| v. | INDICTMENT |
| TIMOTHY D. CUSHING, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

**(Theft of Government Property Exceeding $1,000)**

On or about April 14, 2020, at Joint Base Lewis-McChord, within the Western District of Washington, TIMOTHY D. CUSHING willfully and knowingly did steal and purloin property of the United States government, to wit: a 2015 Ford truck located at Building M0087 on Joint Base Lewis-McChord, property of a value exceeding $1,000.

All in violation of Title 18, United States Code, Section 641.

//

//

//

Indictment - 1
*United States v. Cushing*
USAO No. 2022R00026

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**FORFEITURE ALLEGATION**

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.  Upon conviction of the offense alleged in Count 1, the defendant, TIMOTHY D. CUSHING, shall forfeit to the United States, pursuant to Title 18, United States Code, 981(a)(1)(C) by way of Title 28, United States Code, Section 2461(c), any property, real or personal, that constitutes, or is derived from, proceeds traceable to the commission of the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the Defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

//

//

//

Indictment - 2
*United States v. Cushing*
USAO No. 2022R00026

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

it is the intent of the United States, pursuant to Title 21, United States Code, Section
853(p), to seek the forfeiture of any other property of the defendant, up to the value of the
above-described forfeitable property.

A TRUE BILL:

DATED: 1/5/2022

*Signature of Foreperson redacted pursuant
to the policy of the Judicial Conference of
the United States.*

_____

FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
GRADY J. LEUPOLD
Assistant United States Attorney

_____
HILLARY K. STUART
Assistant United States Attorney

Indictment - 3
*United States v. Cushing*
USAO No. 2022R00026